IN THE UNITED STATES DISTRICT COURT OF MARYLAND
NORTHERN DIVISION

MAHENDRA H. SHAH, et al     *

    **Plaintiffs**     *

    -v-     *     Case no. MJG-02-CV-348

TRAVELERS INDEMNITY     *
COMPANY, et al

    *

    **Defendants**

    *

\* \* \* \* \* \* \* \* \* \* \* \*

## ORDER MODIFYING SCHEDULING ORDER

UPON consideration of the plaintiffs' Motion to Modify Scheduling Order, it is this __10th__ day of __April__, 2002, by the United States District Court of Maryland,

**ORDERED,** that the Scheduling Order dated February 14, 2002 be and is hereby modified with regard to "Deadlines" as follows:

| | | |
|---|---|---|
| A. | Plaintiffs' Rule 26(a)(2) disclosures re: experts | 06/15/02 |
| B. | Defendants' Rule 26(a)(2) disclosures re: experts | 07/14/02 |
| C. | Plaintiff's rebuttal Rule 26(a)(2) disclosures re: experts | 07/28/02 |
| D. | Rule 26(e)(2) supplementation of disclosures and responses | 08/04/02 |
| E. | Discovery deadline and submission of status report | 08/28/02 |
| F. | Requests for admission | 09/05/02 |
| G. | Dispositive pretrial motions deadline | 09/29/02 |

_____
Marvin J. Garbis, U.S. District Judge