IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

MAHENDRA H. SHAH, et al.    *

    Plaintiffs    *

    vs.    *   CIVIL ACTION NO. MJG-02-348

TRAVELERS INDEMNITY COMPANY,    *
et al.
        *
    Defendants
\*　　\*　　\*　　\*　　\*　　\*　　\*　　\*　　\*

## MEMORANDUM AND ORDER

The Court has before it Defendants' Motion for Summary Judgment on Count II of Plaintiffs' Complaint to which no timely opposition has been filed. The motion appears meritorious and is unopposed. Under these circumstances, the Court will grant the motion.

    Accordingly:

    1.   Defendants' Motion for Summary Judgment on Count II of Plaintiffs' Complaint is GRANTED.

    2.   Count II of the Complaint is hereby DISMISSED.

    3.   The case shall proceed pursuant to existing scheduling.

SO ORDERED THIS  15th  DAY OF May, 2002

                                        Marvin J. Garbis
                                   United States District Judge