IN THE UNITED STATES DISTRICT COURT OF MARYLAND
NORTHERN DIVISION

| | | |
|---|---|---|
| **MAHENDRA H. SHAH, et al** | * | |
| Plaintiffs | * | |
| -v- | * | Case no. MJG-02-CV-348 |
| **TRAVELERS INDEMNITY COMPANY, et al** | * | |
| Defendants | * | |

\* \* \* \* \* \* \* \* \* \* \* \*

**ORDER**

UPON consideration of the plaintiffs' Motion to Modify Order Modifying Scheduling Order, it is this 10th day of June, 2002, by the United States District Court of Maryland,

ORDERED, that the Scheduling Order dated February 14, 2002 be and is hereby modified with regard to "Deadlines" as follows:

| | | |
|---|---|---|
| A. | Plaintiffs' Rule 26(a)(2) disclosures re: experts | 08/15/02 |
| B. | Defendants' Rule 26(a)(2) disclosures re: experts | 09/14/02 |
| C. | Plaintiff's rebuttal Rule 26(a)(2) disclosures re: experts | 09/28/02 |
| D. | Rule 26(e)(2) supplementation of disclosures and responses | 10/04/02 |
| E. | Discovery deadline and submission of status report | 10/28/02 |
| F. | Requests for admission | 11/05/02 |
| G. | Dispositive pretrial motions deadline | 11/20/02 |

_____
Marvin J. Garbis, U.S. District Judge