FILED
U.S. DISTRICT COURT
DISTRICT OF MARYLAND

2002 AUG 15

AUG 14 2002

# IN THE UNITED STATES DISTRICT COURT OF MARYLAND
## NORTHERN DIVISION

MAHENDRA H. SHAH, et al  *

**Plaintiffs**  *

-v-  *   Case no. MJG-02-CV-348

TRAVELERS INDEMNITY  *
COMPANY, et al
 *
**Defendants**

\* \* \* \* \* \* \* \* \* \* \* \*

## ORDER

UPON consideration of the plaintiffs' Motion to Modify Order Modifying Scheduling Order, it is this 14th day of Aug, 2002, by the United States District Court of Maryland,

**ORDERED,** that the Scheduling Order dated June 10, 2002 be and is hereby modified with regard to "Deadlines" as follows:

| | | |
|---|---|---|
| A. | Plaintiffs' Rule 26(a)(2) disclosures re: experts | 10/15/02 |
| B. | Defendants' Rule 26(a)(2) disclosures re: experts | 11/14/02 |
| C. | Plaintiff's rebuttal Rule 26(a)(2) disclosures re: experts | 11/27/02 |
| D. | Rule 26(e)(2) supplementation of disclosures and responses | 12/04/02 |
| E. | Discovery deadline and submission of status report | 12/27/02 |
| F. | Requests for admission | 1/06/03 |

G.  Dispositive pretrial motions deadline                                      1/29/03

_____
Marvin J. Garbis, U.S. District Judge