IN THE UNITED STATES DISTRICT COURT OF MARYLAND
NORTHERN DIVISION

MAHENDRA H. SHAH, et al

**Plaintiffs**

-v-   Case no. MJG-02-CV-348

**TRAVELERS INDEMNITY COMPANY, et al**

**Defendants**

\* \* \* \* \* \* \* \* \* \* \* \*

## ORDER

UPON consideration of the foregoing Motion to Stay Proceedings, it is this _30th_ day of _December_, 2002,

ORDERED, that the proceedings in the above captioned case are stayed pending further order of this Court. ✗

_____
JUDGE

✗ Any motion to lift stay shall be made within six months of the conclusion of the criminal proceedings. The parties shall be afforded additional time for discovery following lifting of the stay.

/s/ 12/30/02