IN THE U.S. DISTRICT COURT FOR THE DISTRICT OF MARYLAND
NORTHERN DIVISION

| | | |
|---|---|---|
| MAHENDRA H. SHAH, *et al.* | * | |
|     Plaintiffs | * | |
| v. | * | |
| TRAVELERS INDEMNITY COMPANY, *et al.* | * | Case No.: <u>MJG-02-CV-348</u> |
|     Defendants | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \*

## DEFENDANTS' MOTION TO LIFT STAY and MOTION FOR INVOLUNTARY DISMISSAL or in the alternative MOTION FOR SUMMARY JUDGMENT

Defendants, Travelers Indemnity Company, Charter Oak Fire Insurance Company, and Travelers Property Casualty (collectively "Travelers"), by their undersigned attorneys and pursuant to the Federal Rules of Civil Procedure, move the Court to lift the stay currently upon the-above captioned case and involuntarily dismiss the case or in the alternative grant summary judgment in Travelers' favor, and in support state:

1. The Court stayed the instant case on December 30, 2002 due to the initiation of federal criminal proceedings against Plaintiff Mahendra H. Shah involving the same issues herein.

2. On April 28, 2004, a jury in the related criminal case found Mahendra H. Shah guilty of arson, fraud, and the use of fire to commit a felony in regards to the January 6, 2001 fire at issue in the instant case.

3. On May 17, 2005, the Honorable Benson E. Legg sentenced Mahendra Shah to 15 years in federal prison and ordered that Mr. Shah forfeit $200,000 to Defendant Travelers and $25,000 to Travelers' attorneys.

4.   Mr. Shah subsequently appealed his conviction and on September 17, 2005, the appeal was decided in favor of the United States.

5.   As more fully discussed in Travelers' supporting Memorandum which is hereby incorporated by reference, the verdict and sentence in the underlying criminal proceedings provide Travelers with a complete defense to all of Plaintiffs' claims in this case.

6.   To date, Plaintiffs' attorneys refuse to consent to the dismissal of the instant case.

WHEREFORE, Defendants Travelers Indemnity Company, Charter Oak Fire Insurance Company, and Travelers Property Casualty request that the Court lift the stay in this matter and involuntarily dismiss the case or in the alternative grant summary judgment in their favor.

Respectfully submitted,

/s/
JEFFREY A. WOTHERS
Bar No. 9439


/s/
LUCINDA E. DAVIS
Bar No. 26156
NILES, BARTON & WILMER, LLP
111 S. Calvert Street, 14th Floor
Baltimore, Maryland 21202
(410) 783-6300
*Attorneys for Defendants*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 8th day of December, 2005, a copy of the foregoing Motion to Lift Stay and Motion for Involuntary Dismissal or in the alternative for Summary Judgment as well as a proposed order were served via mail and electronic transmission upon:

Allan B. Rabineau, Esquire
William R. Teets, Esquire
The World Trade Center, Suite 2252
401 E. Pratt Street
Baltimore, MD 21202
*Attorney for Plaintiffs*

_____/s/_____
Lucinda E. Davis