IN THE U.S. DISTRICT COURT FOR THE DISTRICT OF MARYLAND
NORTHERN DIVISION

MAHENDRA H. SHAH, *et al.*            *

    Plaintiffs                                *

    v.                                      *

TRAVELERS INDEMNITY COMPANY, *et al.*   *     Case No.: <u>MJG-02-CV-348</u>

    Defendants                           *

\*    \*    \*    \*    \*    \*    \*    \*    \*    \*    \*    \*    \*

## ORDER

Upon consideration of Defendants' Motion to Lift Stay and Motion for Involuntary Dismissal or in the alternative Motion for Summary Judgment, and any response thereto, it is this

_____ day of _____, 2005, hereby

ORDERED that Defendants' Motion to Lift Stay is GRANTED; and further

ORDERED that the Stay in place in the instant case is lifted; and further

ORDRED that Defendants' Motion for Involuntary Dismissal is GRANTED; and further

ORDERED that the instant case is DISMISSED WITH PREJUDICE; or in the alternative

ORDERED that Defendants' Motion for Summary Judgment is GRANTED; and further

ORDERED that summary judgment shall be entered in favor of the Defendants.

                                                _____
                                                MARVIN J. GARBIS
                                                United States District Judge for the District of Maryland

cc:

Allan B. Rabineau, Esquire
William R. Teets, Esquire
The World Trade Center, Suite 2252
401 E. Pratt Street
Baltimore, MD 21202

Jeffrey A. Wothers, Esquire
Lucinda E. Davis, Esquire
Niles, Barton & Wilmer, LLP
111 S. Calvert St., 14th Floor
Baltimore, MD  21202