BSS/Shah.Stmt of Facts.wpd

### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF MARYLAND

UNITED STATES OF AMERICA

v.                                          Criminal No. L-02-0560

MAHENDRA SHAH

...ooOoo...

### STATEMENT OF FACTS PROVEN AT TRIAL

The United States submits the following statement of facts as a brief summary of the evidence provend at trial. If the Court or United States Probation Office desires, a more detailed statement will be available after the Rule 29 motion has been decided.

The Indictment, a copy of which is attached, charged the defendant with devising a scheme to defraud Travelers, the company that insured his urban South Baltimore warehouse. The insurance claims and damage events between January 1999 and January 2001 included three episodes of water damage and two fires, the last of which was catastrophic, and leveled the place.

The original indictment was in 20 counts, with a forfeiture allegation at the end. During trial, the Court granted the United States' motion to dismiss Count 2. The jury returned the following verdicts on the remaining counts:

| Count | Charge | Verdict |
|---|---|---|
| 1 | Mail Fraud, 18 U.S.C. § 1341 | Guilty |
| 3 | Arson (1999 fire), 18 U.S.C § 844(i) | Guilty |
| 4 | Mail Fraud, 18 U.S.C. § 1341 | Guilty |
| 5 | Mail Fraud, 18 U.S.C. § 1341 | Guilty |
| 6 | Mail Fraud, 18 U.S.C. § 1341 | Guilty |
| 7 | Mail Fraud, 18 U.S.C. § 1341 | Guilty |





DEFENDANT'S EXHIBIT 1

| Count | Charge | Verdict |
|---|---|---|
| 8 | Mail Fraud, 18 U.S.C. § 1341 | Guilty |
| 9 | Mail Fraud, 18 U.S.C. § 1341 | Not Guilty |
| 10 | Mail Fraud, 18 U.S.C. § 1341 | Not Guilty |
| 11 | Wire Fraud, 18 U.S.C. § 1343 | Guilty |
| 12 | Mail Fraud, 18 U.S.C. § 1341 | Guilty |
| 13 | Mail Fraud, 18 U.S.C. § 1341 | Guilty |
| 14 | Engaging in a Monetary Transaction, 18 U.S.C. § 1957(a) | Guilty |
| 15 | Engaging in a Monetary Transaction, 18 U.S.C. § 1957(a) | Guilty |
| 16 | Engaging in a Monetary Transaction, 18 U.S.C. § 1957(a) | Guilty |
| 17 | Engaging in a Monetary Transaction, 18 U.S.C. § 1957(a) | Guilty |
| 18 | Engaging in a Monetary Transaction, 18 U.S.C. § 1957(a) | Not Guilty |
| 19 | Arson (2001 fire), 18 U.S.C. § 844(i) | Guilty |
| 20 | Use of fire to commit a felony, 18 U.S.C. § 844(h) | Guilty |

The intended fraud loss concerning Count 1 was either $5000 (Shah just trying to get his deductible covered) or, based on another phony estimate he submitted, $15,196. The actual loss on mail fraud counts (4-8) was $212,060.50. The intended loss for the mail and wire fraud counts relating to the arson of January 6, 2001 (Counts 11-13) was the $3.3 million policy limit. Thus the total intended loss was over 3.5 million.

The following guidelines calculations apply (using 2001 guidelines):

2B1.1(a) -   Fraud Base offense level                                          6

        Specific Offense Characteristics:

            Intended Loss over 2.5 million   (b)(1)(J)                    18

            Conscious or Reckless Risk of Death
            or Serious Bodily Injury (b)(11)                                 2

                                                                                       26

2K1.4(a)(3) -        Arson Base offense level                                28

The defendant was convicted in Count 20 of the use of fire to commit a felony, which carries a **mandatory consecutive sentence of 10 years**. Accordingly, the United States submits that the appropriate guidelines sentence should be **10 years plus the guidelines sentence for Level 28**.

                          Respectfully submitted,

                          Thomas M. DiBiagio
                          United States Attorney

By: _____
     Barbara S. Sale
     Assistant United States Attorney

     6625 United States Courthouse
     101 West Lombard Street
     Baltimore, Maryland 21201-2692
     410-209-4902

Certificate of Service

I HEREBY CERTIFY that a copy of the foregoing Government's Statement of Facts Proven at Trial was mailed postage prepaid, this 11th day of May, 2004, to counsel for Mahendra Shah,

Joseph Murtha, Esq.
Miller, Murtha & Psoras
Heaver Plaza
1301 York Road, Suite 108
Lutherville, MD 21093

and

Clarke F. Ahlers, Esq.
Atholton Square
10450 Shaker Drive, Suite 111
Columbia, MD 21046

Barbara S. Sale
Assistant United States Attorney

I hereby attest and certify on 9-27-05 that the foregoing document is a full, true and correct copy of the original on file in my office and in my legal custody.
FELICIA C. CANNON
CLERK, U. S. DISTRICT COURT
DISTRICT OF MARYLAND
By _____ Deputy

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

UNITED STATES OF AMERICA         :
                                 :
                                 :
         v.                      :     CRIMINAL NO. L-02-560
                                 :
                                 :
MAHENDRA SHAH                    :
Defendant.                       :
                                 :

## VERDICT FORM

### COUNT ONE

As to Count One of the Indictment (mail fraud), we, the Jury, find the Defendant:

_____ NOT GUILTY            __X__ GUILTY


### COUNT TWO- Not Applicable


### COUNT THREE

As to Count Three of the Indictment (arson), we, the Jury, find the Defendant:

_____ NOT GUILTY            __X__ GUILTY

1

## COUNT FOUR

As to Count Four of the Indictment (mail fraud), we, the Jury, find the Defendant:

\_\_\_\_ NOT GUILTY          _X_ GUILTY

## COUNT FIVE

As to Count Five of the Indictment (mail fraud), we, the Jury, find the Defendant:

\_\_\_\_ NOT GUILTY          _X_ GUILTY

## COUNT SIX

As to Count Six of the Indictment (mail fraud), we, the Jury, find the Defendant:

\_\_\_\_ NOT GUILTY          _X_ GUILTY

## COUNT SEVEN

As to Count Seven of the Indictment (mail fraud), we, the Jury, find the Defendant:

\_\_\_\_ NOT GUILTY          _X_ GUILTY

## COUNT EIGHT

As to Count Eight of the Indictment (mail fraud), we, the Jury, find the Defendant:

\_\_\_\_ NOT GUILTY         _X_ GUILTY

## COUNT NINE

As to Count Nine of the Indictment (mail fraud), we, the Jury, find the Defendant:

_X_ NOT GUILTY         \_\_\_\_ GUILTY

## COUNT TEN

As to Count Ten of the Indictment (mail fraud), we, the Jury, find the Defendant:

_X_ NOT GUILTY         \_\_\_\_ GUILTY

## COUNT ELEVEN

As to Count Eleven of the Indictment (wire fraud), we, the Jury, find the Defendant:

\_\_\_\_ NOT GUILTY         _X_ GUILTY

## COUNT TWELVE

As to Count Twelve of the Indictment (mail fraud), we, the Jury, find the Defendant:

\_\_\_\_ NOT GUILTY          _X_ GUILTY

## COUNT THIRTEEN

As to Count Thirteen of the Indictment (mail fraud), we, the Jury, find the Defendant:

\_\_\_\_ NOT GUILTY          _X_ GUILTY

## COUNT FOURTEEN

As to Count Fourteen of the Indictment (monetary transaction in property derived from unlawful activity), we, the Jury, find the Defendant:

\_\_\_\_ NOT GUILTY          _X_ GUILTY

## COUNT FIFTEEN

As to Count Fifteen of the Indictment (monetary transaction in property derived from unlawful activity), we, the Jury, find the Defendant:

\_\_\_\_ NOT GUILTY          _X_ GUILTY

## COUNT SIXTEEN

As to Count Sixteen of the Indictment (monetary transaction in property derived from unlawful activity), we, the Jury, find the Defendant:

\_\_\_\_ NOT GUILTY          __X__ GUILTY

## COUNT SEVENTEEN

As to Count Seventeen of the Indictment (monetary transaction in property derived from unlawful activity), we, the Jury, find the Defendant:

\_\_\_\_ NOT GUILTY          __X__ GUILTY

## COUNT EIGHTEEN

As to Count Eighteen of the Indictment (monetary transaction in property derived from unlawful activity), we, the Jury, find the Defendant:

__X__ NOT GUILTY          \_\_\_\_ GUILTY

## COUNT NINETEEN

As to Count Nineteen of the Indictment (arson), we, the Jury, find the Defendant:

\_\_\_\_ NOT GUILTY          __X__ GUILTY

5

## COUNT TWENTY

As to Count Twenty of the Indictment (use of fire to commit a felony), we, the Jury, find the Defendant:

_____ NOT GUILTY          _X_ GUILTY

_____          __4/28/04__
Foreperson                        Date

6

I hereby attest and certify on 9-27-05 that the foregoing document is a full, true and correct copy of the original on file in my office and in my legal custody.

FELICIA C. CANNON
CLERK, U.S. DISTRICT COURT
DISTRICT OF MARYLAND

By _____ Deputy