

**U.S. Department of Justice**
United States Attorney's Office
MARYLAND
36 South Charles Street
Fourth Floor
Baltimore, MD 21201
Phone: (410) 209-4929
Toll-Free: (800) 377-5879, ext. 4929
Fax: (410) 962-9293

September 19, 2005

Mr. Jeffrey Wothers Esq.
Niles, Barton, & Wilmer, LLP
111 S. Calvert St., Ste. 1400
Baltimore, MD 21202-6127

RE: Defendants: MAHENDRA HARILAL SHAH

Dear Mr. Wothers:

You have requested to receive notifications for Travelers Insurance, Inc.. Pursuant to federal law, you are entitled to be notified of the court proceedings relating to the criminal litigation of this case. This letter is to inform you of the following:

The following information concerns USAO Case 2001R00113 and Court Docket Number 05-4651:

The appeal in the case of defendant(s): MAHENDRA HARILAL SHAH was decided on September 17, 2005. The appeal was Favorable to U.S..

The Victim Notification System (VNS) is designed to provide you with information regarding the case as it proceeds through the criminal justice system. You may obtain current information about this matter on the Internet at WWW.Notify.USDOJ.GOV or from the VNS Call Center at 1-866-DOJ-4YOU (1-866-365-4968) (TDD/TTY: 1-866-228-4619) (International: 1-502-213-2767). In addition, you may use the Call Center or Internet to update your contact information and/or change your decision about participation in the notification program. You will need the following Victim Identification Number (VIN) "900761" and Personal Identification Number (PIN) "5140" anytime you contact the Call Center and the first time you log on to VNS on the Internet. If you have other questions which involve this matter, please contact the office listed above.

Very Truly Yours,

Rod J. Rosenstein
United States Attorney

By: _____
Shari L. Heise
Victim Witness Specialist

**DEFENDANT'S
EXHIBIT
3**