## NILES, BARTON & WILMER, LLP
ATTORNEYS AT LAW
SUITE 1400
111 S. CALVERT STREET
BALTIMORE, MARYLAND 21202-6185

TELEPHONE 410-783-6300
FACSIMILE 410-783-6363

WEBSITE www.niles-law.com
WRITER'S DIRECT CONTACT

Lucinda E. Davis
Pennsylvania and Maryland

(410) 783-6390
Fax (410) 783-6410
ledavis@niles-law.com

May 20, 2005

Allan B. Rabineau, Esquire
William R. Teets, Jr., Esquire
401 E. Pratt St., Suite 2252
Baltimore, MD 21202

RE: *Shah, et al. v. Travelers Indemnity Company, et al.*
U.S. District Court for Maryland, Case No. MJG-02-348
Our File No. 42124-Trav

Dear Mr. Rabineau and Mr. Teets:

In light of the recent sentence received by Mr. Shah in the criminal proceedings relating to the same matters concerned in the above-referenced civil case, it appears that dismissal of the civil action is now in order. Enclosed please find a Stipulation of Dismissal executed by our office on behalf the Defendants. Kindly see that the same is executed by your office and filed with the Court. We would appreciate a date-stamped copy for our files.

Please feel free to contact me if I can be of any further assistance.

Sincerely,

Lucinda E. Davis

/led

Enclosure

cc: Jeffrey A. Wothers, Esquire



DEFENDANT'S EXHIBIT 4

IN THE U.S. DISTRICT COURT FOR THE DISTRICT OF MARYLAND
NORTHERN DIVISION

| | |
|---|---|
| MAHENDRA H. SHAH, *et al.* | * |
|     Plaintiffs | * |
| v. | * |
| TRAVELERS INDEMNITY COMPANY, *et al.* | *   Case No.: MJG-02-CV-348 |
|     Defendants | * |

\*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*

### STIPULATION OF DISMISSAL

Plaintiffs, Mahendra H. Shah and Jyoti M. Shah, by and through their undersigned attorneys, and Defendants Travelers Indemnity Company, and Charter Oak Fire Insurance Company, and Travelers Property Casualty, by and through their undersigned attorneys, hereby stipulate pursuant to Fed. R. Civ. Pro. 41(a)(1)(ii) that this matter be DISMISSED WITH PREJUDICE.

Respectfully submitted,

| | |
|---|---|
| _____ | _____ |
| ALLAN B. RABINEAU, Bar No. 1636 | JEFFREY A. WOTHERS, Bar. No. 9439 |
| WILLIAM R. TEETS | LUCINDA E. DAVIS, Bar No. 26156 |
| 401 E. Pratt St., Suite 2252 | Niles, Barton & Wilmer, LLP |
| Baltimore, MD 21202 | 111 S. Calvert St., Suite 1400 |
| (410) 837-9150 | Baltimore, MD 21202 |
| | (410) 783-6390 |
| *Attorneys for Plaintiffs* | *Attorneys for Defendants* |