```
         IN THE UNITED STATES DISTRICT COURT
            FOR THE DISTRICT OF MARYLAND
```

MAHENDRA H. SHAH, et al.         *

       Plaintiffs               *

       vs.                      *    CIVIL ACTION NO. MJG-02-348

TRAVELERS INDEMNITY COMPANY,     *
et al.
                                    *
       Defendants
*    *    *    *    *    *    *    *    *

## ORDER REOPENING CASE

It appears that the related criminal case has been concluded so that the instant case can proceed to resolution.

Accordingly:

1. Defendant's Motion to Lift Stay and other relief [Paper 21] is GRANTED IN PART AND REMAINS PENDING IN PART.

2. The Clerk shall REOPEN THIS CASE.

3. By January 10, 2006, Plaintiffs shall RESPOND TO Defendants' Motion for Summary Judgment.

4. Should Plaintiffs not file a timely response, this case shall be dismissed with prejudice.

SO ORDERED, on <u>Monday, December 12, 2005</u>.

                                                          / s /
                                         Marvin J. Garbis
                                  United States District Judge