**IN THE UNITED STATES DISTRICT COURT OF MARYLAND
NORTHERN DIVISION**

| | | |
|---|---|---|
| **MAHENDRA H. SHAH, et al** | * | |
| **Plaintiffs** | * | |
| **-v-** | * | **Case no. MJG-02-CV-348** |
| **TRAVELERS INDEMNITY COMPANY, et al** | * | |
| | * | |
| **Defendants** | * | |
| | * | |
| | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \*

<u>**PLAINTIFFS' ANSWER TO MOTION FOR SUMMARY JUDGMENT**</u>

Now come the plaintiffs, Mahendra H. Shah and Jyoti Shah, by their attorneys, Allan B. Rabineau and William R. Teets, Jr., and in answer to the defendant's Motion for Summary Judgment, state:

1.      The plaintiffs admit the allegations contained in paragraphs 1, 2, 3, and 4 of the defendant's Motion.

2.      The plaintiffs deny the allegations contained in paragraph 5 of the defendant's Motion and demand strict proof.

3.      With regard to paragraph 6 of the defendant's Motion, the plaintiffs are neither able to admit nor deny the allegations; however, the plaintiffs have refused to authorize their counsel to consent to the dismissal and further state that as early as August 31, 2005 counsel advised Mr. Shah of his intent to strike his appearance in this matter.  Counsel has, along with this Answer, submitted a motion under Local Rule 101(2)(a) requesting that he be permitted to strike his appearance.

**WHEREFORE,** Plaintiffs request that this Court:

A.      Dismiss the defendant's Motion for Summary Judgment for reasons stated in the

attached memorandum which is incorporated herein by reference.

B.      Grant such other and further relief as the merits of this case may require.


_____
Allan B. Rabineau
Trial Bar Number 01636
The World Trade Center, Suite 2252
401 East Pratt Street
Baltimore, MD  21202
(410) 837-9150


_____
William R. Teets, Jr.
Trial Bar Number 06564
The World Trade Center, Suite 2252
401 East Pratt Street
Baltimore, MD  21202
(410) 837-9150

Attorneys for Plaintiffs


## CERTIFICATE OF SERVICE


I HEREBY CERTIFY that on this _____day of _____, 2005 a

copy of the foregoing Plaintiffs' Answer to Motion for Summary Judgment, Memorandum and

proposed Order was served via mail and electronic transmission to:

Jeffrey A. Wothers, Esq.
Lucinda E. Davis, Esq.
Niles, Barton & Wilmer
111 South Calvert Street
Suite 1400
Baltimore, MD  21202
Attorneys for Defendants


_____
Allan B. Rabineau

**IN THE UNITED STATES DISTRICT COURT OF MARYLAND**
**NORTHERN DIVISION**

| | | |
|---|---|---|
| **MAHENDRA H. SHAH, et al** | * | |
| **Plaintiffs** | * | |
| **-v-** | * | **Case no. MJG-02-CV-348** |
| **TRAVELERS INDEMNITY** | * | |
| **COMPANY, et al** | * | |
| **Defendants** | * | |
| | * | |
| | * | |

* * * * * * * * * * * * *

## PLAINTIFFS'S MEMORANDUM IN SUPPORT OF
## ANSWER TO MOTION FOR SUMMARY JUDGMENT

Defendants, Travelers Indemnity Company, et al, have presented to this Honorable Court in support of their Motion for Summary Judgment the sole argument that "the verdict and sentence in the underlying criminal proceedings provide Travelers with a complete defense to all of Plaintiffs' claims in this case." In support of this argument, Defendants have provided the Court with a detailed evidentiary trail which factually supports a contested criminal case during which the criminal defendant (the plaintiff herein) maintains his innocence throughout.

Nowhere contained in the exhibits is there any evidence of an admission on his part. Simply stated, at all times he has factually challenged the government's version of the facts. Therefore, the defendants would have this Court grant summary judgment solely on the basis of the criminal conviction. On this basis, the Motion for Summary Judgment must be denied.

It is a well established proposition of law that "ordinarily, 'a criminal conviction is inadmissible to establish the truth of the facts upon which it is rendered in a civil action for damages

arising from the offense for which the person is convicted.'" *State Farm v. Carter*, 154 Md. App. 400

at p. 409; 840 A.2d 161 (2003) and cases cited therein.

It is therefore respectfully requested that this Honorable Court deny the Motion for Summary

Judgment.

Respectfully submitted,

_____
Allan B. Rabineau
Trial Bar Number 01636
The World Trade Center, Suite 2252
401 East Pratt Street
Baltimore, MD  21202
(410) 837-9150

_____
William R. Teets, Jr.
Trial Bar Number 06564
The World Trade Center, Suite 2252
401 East Pratt Street
Baltimore, MD  21202
(410) 837-9150

Attorneys for Plaintiffs

**IN THE UNITED STATES DISTRICT COURT OF MARYLAND**
**NORTHERN DIVISION**


**MAHENDRA H. SHAH, et al**           *

    **Plaintiffs**                        *

        **-v-**                              *       **Case no. MJG-02-CV-348**

**TRAVELERS INDEMNITY**                *
 **COMPANY, et al**
                                       *
    **Defendants**
                                       *

                                       *
* * * * * * * * * * * * *

## **O R D E R**

     **UPON** consideration of the defendant's Motion for Summary Judgment and the plaintiffs'

answer thereto, it is this _____ day of _____, 2005,

     **ORDERED,** that the defendant's Motion for Summary Judgment be and is hereby **DENIED**.


                              _____
                                **J U D G E**