## IN THE UNITED STATES DISTRICT COURT OF MARYLAND
## NORTHERN DIVISION

| | | |
|---|---|---|
| **MAHENDRA H. SHAH, et al** | * | |
| **Plaintiffs** | * | |
| -v- | * | Case no. MJG-02-CV-348 |
| **TRAVELERS INDEMNITY COMPANY, et al** | * | |
| | * | |
| **Defendants** | * | |
| | * | |
| | * | |

* * * * * * * * * * * * *

### MOTION FOR LEAVE TO STRIKE APPEARANCE

Allan B. Rabineau and William R. Teets, Jr., petitioners and attorneys for the plaintiffs, Mahendra Shah and Jyoti Shah, move pursuant to Local Rule 101(2)(a) for leave to strike their appearance and for reasons state:

1. Recent events have made it impossible for counsel to continue to represent the plaintiffs in the above captioned case.

2. That on December 21, 2005 undersigned counsel wrote to the plaintiffs, Mahendra Shah and Jyoti Shah, at their last known addresses and advised them that they would no longer be able to represent them in this matter.

3. Counsel further advised the plaintiffs that they intended to strike their appearance as attorneys for Plaintiffs and that they should have an attorney enter an appearance on their behalf or notify the clerk of the court in writing of their intention to proceed in proper person.

4. That granting the Motion will not cause undue delay, prejudice or injustice to the parties herein involved, as no trial date has been scheduled.

WHEREFORE, Petitioners request that this motion be granted and that their appearance be stricken on behalf of Plaintiffs.

_____
Allan B. Rabineau
Trial Bar Number 01636
The World Trade Center, Suite 2252
401 East Pratt Street
Baltimore, MD  21202
(410) 837-9150


_____
William R. Teets, Jr.
Trial Bar Number 06564
The World Trade Center, Suite 2252
401 East Pratt Street
Baltimore, MD  21202
(410) 837-9150

## Certificate of Attorneys

I hereby certify this \_\_\_\_\_ day of _____, 2005 that notice was mailed to Plaintiffs pursuant to Local Rule 101(2)(a) at least five days prior to the filing of this Motion informing them of counsels' intent to move for withdrawal of their appearance and advising said clients that they should have another attorney enter an appearance on their behalf or notify the clerk of the court that they would be proceeding in proper person.

_____
Allan B. Rabineau


_____
William R. Teets, Jr.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this _____ day of _____, 2005 a copy of the foregoing Motion for Leave to Strike Appearance and proposed Order was served via mail and electronic transmission to:

Jeffrey A. Wothers, Esq.
Lucinda E. Davis, Esq.
Niles, Barton & Wilmer
111 South Calvert Street
Suite 1400
Baltimore, MD  21202
Attorneys for Defendants

_____
Allan B. Rabineau

| | | |
|---|---|---|
| **MAHENDRA H. SHAH, et al** | * | |
| Plaintiffs | * | |
| -v- | * | Case no. MJG-02-CV-348 |
| **TRAVELERS INDEMNITY COMPANY, et al** | * | |
| | * | |
| Defendants | * | |
| | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \*

## O R D E R

**UPON** consideration of the foregoing Motion for Leave to Strike Appearance, it is this

_____ day of _____, 2006,

**ORDERED** that the appearance of Allan B. Rabineau and William R. Teets, Jr. on behalf of the plaintiffs be and is hereby stricken.

_____

**J U D G E**