```
          IN THE UNITED STATES DISTRICT COURT
             FOR THE DISTRICT OF MARYLAND

MAHENDRA H. SHAH, et al.      *

         Plaintiffs           *

            vs.               *    CIVIL ACTION NO. MJG-02-348

TRAVELERS INDEMNITY COMPANY,  *
et al.
                              *
         Defendants
*     *     *     *     *     *     *     *     *
```

## MEMORANDUM AND ORDER

The Court has before it the four Motions for Leave to Strike Appearance [Papers 26, 27, 28 and 29] filed by counsel for Plaintiffs.

By Order of December 12, 2005, the Court reopened the case and directed Plaintiffs to respond to Defendants' Motion for Summary Judgment by January 10, 2006. In the instant motions, filed December 30, 2005 - 18 days after the December 12 Order - Plaintiffs' counsel have stated that unspecified "recent events" have made it impossible for them to continue to represent Plaintiffs. Counsel state that they wrote Plaintiffs on December 21, 2005 at their last known addresses[1] to advise that they would no longer be able to represent them. Counsel further state that granting the motion will not cause undue delay.

---

[1] Does this mean that counsel have not spoken with the Plaintiffs and/or do not know their actual addresses?

The Court does not find the motions to present an adequate basis to allow counsel to withdraw and to effectively grant Plaintiffs an extension of the January 10, 2006 deadline for responding to Defendants' Motion for Summary Judgment. As matters now stand, Plaintiffs must meet the January 10, 2006 or the case shall be dismissed with prejudice.

The Court does not foreclose counsel from filing an adequately supported motion - one motion will suffice in this regard - for withdrawal as counsel. Nor is the Court foreclosing counsel from seeking a reasonable extension of the January 10, 2006 deadline.

For the foregoing reasons:

1.  The four Motions for Leave to Strike Appearance [Papers 26, 27, 28 and 29] filed by counsel for Plaintiffs are DENIED.

2.  Plaintiffs remain subject to the January 10, 2006 deadline for response to Defendants' Motion for Summary Judgment

SO ORDERED, on <u>Tuesday, January 3, 2006</u>.

                                                    / s /
                                     Marvin J. Garbis
                            United States District Judge