```
         IN THE UNITED STATES DISTRICT COURT
            FOR THE DISTRICT OF MARYLAND
```

MAHENDRA H. SHAH, et al.         *

      Plaintiffs               *

         vs.                   *   CIVIL ACTION NO. MJG-02-348

TRAVELERS INDEMNITY COMPANY,     *
et al.
                                *

      Defendants

*   *   *   *   *   *   *   *   *

## JUDGMENT ORDER

By separate Order issued this date, the Court has granted summary judgment to Defendants.

Accordingly:

1. Judgment shall be, and hereby is, entered in favor of Defendants Travelers Indemnity Company, Charter Oak Fire Insurance Company, and Travelers Property Casualty against Plaintiffs Mahendra H. Shah and Jyoti M. Shah dismissing all claims with prejudice with all assessable costs.

2. Any and all prior rulings disposing of any claims against any parties are incorporated by reference herein.

3. This Order shall be deemed to be a final judgment within the meaning of Rule 58 of the Federal Rules of Civil Procedure.

SO ORDERED, on <u>Thursday, March 2, 2006</u>.

                                                    ____/ s /____
                                              Marvin J. Garbis
                                   United States District Judge